IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARTEL MCCREERY, JR.                                                      PLAINTIFF

v.                              Case No. 4:19-cv-4004

OFFICER WHITT, Deputy,
Miller County Sheriff's Office;
and SHERIFF JACKIE RUNION                                                 DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed November 20, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 26). Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 20) be granted.

Plaintiff has filed objections to the Report and Recommendation. However, Plaintiff's objections reiterate arguments previously made to Judge Bryant and do not address Judge Bryant's specific findings on summary judgment.[1] This is insufficient to trigger *de novo* review. Therefore, the Court adopts the Report and Recommendation (ECF No. 26) *in toto*.

Accordingly, Defendants' Motion for Summary Judgment (ECF No. 20) is hereby **GRANTED**. Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of January, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Specifically, Plaintiff argues that Defendants have made inconsistent arguments in their summary judgment briefing and that he failed to grieve Defendants' alleged conduct because he was scared doing so would endanger him.